IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY BRASFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-1134 |
| ) | Judge Trauger |
| MARTINREA FABCO AUTOMOTIVE ) | |
| STRUCTURES (USA), INC., ) | |
| ) | |
| Defendant. ) | |

### O R D E R

By Order entered July 5, 2012 (Docket No. 25), the plaintiff was required to have new counsel enter an appearance in this case by July 20, 2012. No new counsel has entered an appearance on behalf of the plaintiff. The court is unable to hold a telephonic case management conference on August 6, 2012 when the plaintiff has not had new counsel enter an appearance.

It is hereby **ORDERED** that the deadline for the plaintiff to secure new counsel is **EXTENDED** to August 13, 2012. **THE PLAINTIFF IS FOREWARNED THAT,** if, by that date, he has not had new counsel enter an appearance of record and has not filed a notice with the court, indicating that he wishes to represent himself going forward, this case may be dismissed for failure to prosecute and to follow court orders.

It is so **ORDERED**.

ENTER this 1st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge