# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BOBBY BRASFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-1134 |
| ) | Judge Trauger |
| MARTINREA FABCO AUTOMOTIVE ) | Magistrate Judge Griffin |
| STRUCTURES (USA), INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On April 1, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 59), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Transfer (Docket No. 56) and the plaintiff's Motion For Summary Judgment (Docket No. 58) are both **DENIED**.

It is so **ORDERED**.

ENTER this 24th day of April 2013.

    ALETA A. TRAUGER
    U.S. District Judge