# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| BOBBY BRASFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:11-1134 |
| | ) | Judge Trauger |
| MARTINREA FABCO AUTOMOTIVE | ) | Magistrate Judge Griffin |
| STRUCTURES (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 12, 2013, the Magistrate Judge issued a Report and Recommendation, to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the defendant (Docket No. 62) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 2nd day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge